ORIGINAL

RECEIVED
OVER THE COUNTER

MAY 3 2007

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

07-281 C

Plaintiff(s) or Petitioner(s)
Grunley-Walsh, LLC (f/k/a Grunley-Walsh Construction JV)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | Roger C. Jones, Esquire |
| Firm Name: | Huddles Jones Sorteberg & Dachille, P.C. |
| Post Office Box: | |
| Street Address: | 10211 Wincopin Circle, Suite 200 |
| City-State-Zip: | Columbia, Maryland 21044 |
| Telephone & Facsimile Numbers: | (301) 621-4120 / (301) 621-4473 |

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 0
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O I
See attached sheet for three-digit codes.

Amount Claimed: $525,300.77
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.