IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY-WALSH, LLC<br>(f/k/a Grunley-Walsh Construction JV),<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-281C<br>(Judge Charles F. Lettow) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Tara J. Kilfoyle, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Tara J. Kilfoyle
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Phone: (202) 305-1709
Fax: (202) 307-0972
E-mail:Tara.Kilfoyle@usdoj.gov

Attention: Classification Unit
8th Floor

s/Tara J. Kilfoyle
Tara J. Kilfoyle
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: May 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara J. Kilfoyle